UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:21-cv-80844-AHS

ANTONIO RAMOS, Individually and
On Behalf of All Others Similarly Situated,
Pursuant to 29 U.S.C. §216.

Plaintiffs,

Vs.

FLORIDA DRAWBRIDGES INC., d/b/a
FDI SERVICES, ERIC OBEL &
LAURA PORTER
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

Plaintiff, ANTONIO RAMOS, by and through his undersigned counsel hereby files this Certificate of Interested Persons pursuant to Local Rules and states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   **a.** Antonio Ramos, Plaintiff;

   **b.** Lubell & Rosen, LLC, Counsel to Plaintiff;

   **c.** Joshua M. Bloom, Esq. Member of Lubell & Rosen LLC., Counsel to Plaintiff;

   **d.** Joshua H. Sheskin, Esq. Member of Lubell & Rosen LLC., Counsel to Plaintiff;

   **e.** Florida Drawbridges Inc., Defendant;

 **f.** Eric Obel, Defendant;

 **g.** Laura Porter, Defendant;

 **h.** Ogletree, Deakins, Nash, Smoke and Stweart, P.C., Counsel to Defendants;

 **i.** Christopher M. Cascino, Esquire, Member of Ogletree, Deakins, Nash, Smoke and Stweart, P.C., Counsel to Defendant; and

 **j.** Peter W. Zinober, Esquire, Member of Ogletree, Deakins, Nash, Smoke and Stweart, P.C., Counsel to Defendant.

Dated, this 2nd day of June, 2021.

        LUBELL & ROSEN, LLC
        *Attorneys for Plaintiffs*
        200 S. Andrews Ave, Suite 900
        Ft. Lauderdale, Florida 33301
        Phone: (954) 880-9500
        Fax: (954) 755-2993
        E-mail: jhs@lubellrosen.com

        By:___/s *Joshua H. Sheskin*_____
         Joshua H. Sheskin, Esquire
         Florida Bar No: 93028