# LUBELL | ROSEN

**200 S. ANDREWS AVENUE,
SUITE 900
FT. LAUDERDALE, FL 33301
TIN# 65-1014713**

**954-755-3425**

---

**Invoice submitted to:**

September 7, 2022

**Antonio Ramos**
**714 Executive Center Drive**
**West Palm Beach, FL 33401**

89019-1 -CONTINGENCY

In Reference To:Antonio Ramos v. Florida Drawbridges Inc.

**Invoice #  31661**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2021 | JHS | Draft Complaint. | 1.30<br>400.00/hr | 520.00 |
| | JMB | Review and revise Ramos Complaint. | 0.40<br>350.00/hr | 140.00 |
| | JMB | Attention to issues regarding case assignment. | 0.10<br>350.00/hr | 35.00 |
| | JMB | Receive and review issued summonses. | 0.10<br>350.00/hr | 35.00 |
| | JHS | Attention to issues regarding case assignment. | 0.10<br>400.00/hr | 40.00 |
| 6/2/2021 | JHS | Draft Certificate of Interested Parties and file. | 0.50<br>400.00/hr | 200.00 |
| 6/4/2021 | JMB | Initial review of Defendants' motion to dismiss. | 0.80<br>350.00/hr | 280.00 |
| | JMB | Receive and review scheduling order. | 0.10<br>350.00/hr | 35.00 |
| | JMB | Receive memorandum from JHS regarding Defendants' MTD. | 0.40<br>350.00/hr | 140.00 |
| | JHS | Initial review of Defendants' motion to dismiss. | 0.80<br>400.00/hr | 320.00 |
| | JHS | Receive and review scheduling order. | 0.10<br>400.00/hr | 40.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/4/2021 | JHS | Correspondence with client regarding Defendants' motion to dismiss and the Court's scheduling order. | 0.30 400.00/hr | 120.00 |
| | JHS | Write memorandum on motion to dismiss for file, and for co-counsel. | 1.00 400.00/hr | 400.00 |
| 6/7/2021 | JHS | Research for motion, want to make sure motion has as much precedent as possible. | 2.70 400.00/hr | 1,080.00 |
| | JHS | Continue to Draft answer to MTD which will apply to this case. | 2.90 400.00/hr | 1,160.00 |
| 6/8/2021 | JHS | Calculate, & Draft,  Statement of Claim | 0.90 400.00/hr | 360.00 |
| 6/9/2021 | JHS | Update Antonio Ramos on status of case because he called and explain what I need from him for initial disclosures. | 0.30 400.00/hr | 120.00 |
| 6/10/2021 | JHS | Research more for the Ans. to the MTD because want to make this an unbeatable answer. So want to supplement what I have with more. | 1.70 400.00/hr | 680.00 |
| | JHS | Continue to draft ans. to mtd. Do not want to submit same motion as in other case, partially because strategically it is a bad move, partly because they seem to be offering their case on a silver platter, before we start, and I want to encourage that. It also helps because they may not notice that this answer has some of the same bones as the motion in the other case, however, it is changed significantly, and there are begging to be more pages, not just more exact argument. Also have to change all tenses in the parts I am taking from old motion. However, this is going to be a different motion | 2.30 400.00/hr | 920.00 |
| 6/11/2021 | JMB | Meeting with JHS to discuss our Response to Defendant's motion to dismiss. | 0.30 350.00/hr | NO CHARGE |
| | JMB | Review Defendants' motion to dismiss. | 0.40 350.00/hr | 140.00 |
| | JHS | Edit final draft of ans. to MTD. It is surprising how certain arguments needed to be fleshed out, while at the same time, shortened. In the end there was the same eighteen pages as before, but the 18th page is far shorter. Simplify arguments as much as possible, while making them more direct to the case at hand. . | 1.70 400.00/hr | 680.00 |
| | JHS | Continue to draft new arguments for answer to motion to dismiss, and to look up case law to support them, while simultaneously, supplementing the cases I have already cited, with the ones I looked up yesterday. Taking my time to get this argument perfect, because this is a MTD with prejudice, so if not defeated, the case dies on this hill. Also, incorporating new arguments in a way that flows, because they are not flowing naturally, connectors are needed, and amendments to include them in the introduction and conclusion. Now it is 18 pages and the motion in the other case is 13, so I have added a | 1.90 400.00/hr | 760.00 |

Antonio Ramos                                                                                          Page      3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | lot, but also, importantly, I have amended a lot, to make for a better motion. | | |
| 6/11/2021 | JHS | Meeting with JMB to discuss our Response to Defendant's motion to dismiss. | 0.30 400.00/hr | NO CHARGE |
| 6/14/2021 | JMB | Review and revise our Response to Defendants' Motion to Dismiss. | 1.90 350.00/hr | 665.00 |
| | JMB | Meeting with JHS to discuss our Response to Defendants' Motion to Dismiss and case strategy. | 0.30 350.00/hr | 105.00 |
| | JHS | Meeting with JMB to discuss our Response to Defendants' Motion to Dismiss and case strategy. | 0.30 400.00/hr | NO CHARGE |
| 6/22/2021 | JHS | Receive and review Defendants' MTD reply and retrieve and review cited cases. | 1.30 400.00/hr | 520.00 |
| 6/24/2021 | JHS | Draft statement of related cases | 0.50 400.00/hr | 200.00 |
| | JHS | Communicate with opposing counsel about their desire to consolidate the cases, my clients are unwilling to, so, therefore, I must remain equally unwilling. | 0.30 | 450.00 |
| | JHS | Discuss consent with JMB. | 0.20 400.00/hr | 80.00 |
| | JMB | Discuss consent with JHS. | 0.20 350.00/hr | 70.00 |
| 6/29/2021 | JHS | Email client case updates on consenting to magistrate, and on their response to the statement of claim | 0.50 400.00/hr | 200.00 |
| 7/12/2021 | JMB | Review Order on Defendants' Motion to Dismiss. | 0.70 350.00/hr | 245.00 |
| | JMB | Discuss Order on Defendants' Motion to Dismiss with JHS and amendment to Complaint. | 0.30 350.00/hr | 105.00 |
| | JHS | Review Order on Defendants' Motion to Dismiss. | 0.70 400.00/hr | 280.00 |
| | JHS | Discuss Order on Defendants' Motion to Dismiss with JMB and amendment to Complaint. | 0.30 400.00/hr | 120.00 |
| 7/13/2021 | JMB | Discuss scheduling and proposed conference call with JHS. | 0.10 350.00/hr | 35.00 |
| | JHS | Correspondence with opposing counsel regarding conference call for scheduling. | 0.10 400.00/hr | 40.00 |

Antonio Ramos                                                                                    Page      4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2021 | JHS | Discuss scheduling and proposed conference call with JMB. | 0.10<br>400.00/hr | 40.00 |
| 7/14/2021 | JMB | Conference call with opposing counsel and JHS regarding scheduling. | 0.40<br>350.00/hr | 140.00 |
| | JHS | Conference call with opposing counsel and JMB regarding scheduling. | 0.40<br>400.00/hr | 160.00 |
| 7/16/2021 | JMB | Appear for/ Attend status conference. | 0.20<br>350.00/hr | 70.00 |
| | JHS | Appear for/ Attend status conference. | 0.20<br>400.00/hr | 80.00 |
| 7/24/2021 | JHS | Amend complaint, although not to happy with it. Amend with the knowledge that they will try to dismiss again, because they told me that, so my amendment has to be more than just the section on OT, but on the whole thing to make it work better. Going to give it one more try and then over to JMB for a final edit. | 1.90<br>400.00/hr | 760.00 |
| 7/26/2021 | JMB | Receive and review scheduling order from Judge Matthewman. | 0.10<br>350.00/hr | 35.00 |
| | JHS | Receive and review scheduling order from Judge Matthewman. | 0.20<br>400.00/hr | 80.00 |
| 7/28/2021 | JMB | Receive and review FLSA Order from the Court. | 0.10<br>350.00/hr | 35.00 |
| | JHS | Receive and review FLSA Order from the Court. | 0.10<br>400.00/hr | 40.00 |
| 7/31/2021 | JHS | Amend the complaint one final time, before sending it to JMB for final edit. | 0.80<br>400.00/hr | 320.00 |
| 8/2/2021 | JMB | Review and revise our Amended Complaint prepared by JHS. | 0.60<br>350.00/hr | 210.00 |
| 8/5/2021 | JMB | Review our finalized statement of claim. | 0.10<br>350.00/hr | 35.00 |
| | JHS | Draft Statement of Claim | 0.90<br>400.00/hr | 360.00 |
| 8/16/2021 | JMB | Review Defendants' response to statement of claim. | 0.20<br>350.00/hr | 70.00 |
| | JHS | Begin to Draft Ans. to second motion to dismiss. | 4.50<br>400.00/hr | 1,800.00 |

Antonio Ramos                                                                                                    Page      5

|            |     |                                                                                                                                                                                                                                                                                                                      | Hrs/Rate          | Amount     |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 8/16/2021  | JHS | Review Defendants' response to statement of claim.                                                                                                                                                                                                                                                                    | 0.20<br>400.00/hr | 80.00      |
| 8/19/2021  | JHS | Finish Drafting Ans. to second motion to dismiss.                                                                                                                                                                                                                                                                     | 3.90<br>400.00/hr | 1,560.00   |
| 8/20/2021  | JHS | Edit revise argument and change to ten pages from 7 pages Ans. to Second MTD                                                                                                                                                                                                                                          | 2.10<br>400.00/hr | 840.00     |
|            | JMB | Review and revise draft response to Defendants' motion to dismiss.                                                                                                                                                                                                                                                    | 1.20<br>350.00/hr | 420.00     |
| 9/21/2021  | JMB | Receive and review Order Denying Defendants' Motion to Dismiss.                                                                                                                                                                                                                                                       | 0.20<br>350.00/hr | 70.00      |
|            | JHS | Receive and review Order Denying Defendants' Motion to Dismiss.                                                                                                                                                                                                                                                       | 0.20<br>400.00/hr | 80.00      |
| 9/24/2021  | GED | Draft completion of discovery objections to defendant's request for production for JHS review.                                                                                                                                                                                                                        | 0.70<br>175.00/hr | NO CHARGE  |
|            | GED | Draft completion of discovery objections to defendant's interrogatories for JHS review.                                                                                                                                                                                                                               | 0.60<br>175.00/hr | 105.00     |
| 9/27/2021  | JHS | Go over discovery requests with George, he will be handling filling them out with preliminary information. Show him where to put objections, explain what objection I want, and agree to clean it up after he does his thing and retypes everything and puts them in. Also discuss at length what to object to, and who will have answers for what, based on the fact that not all requests, pretty much four of them, do not apply to everyone. | 0.50<br>400.00/hr | 200.00     |
|            | GED | Go over discovery requests with Josh, I will be handling filling them out with preliminary information.                                                                                                                                                                                                               | 0.50<br>175.00/hr | NO CHARGE  |
| 9/29/2021  | GED | Review objections made in Defendant's interrogatories and request for production with JHS and made changes and additions to the objections.                                                                                                                                                                           | 0.40<br>175.00/hr | 70.00      |
|            | GED | Draft completion of request for production letter to the client with simplified request for the clients to gather documents in response to Defendant's discovery.                                                                                                                                                     | 0.40<br>175.00/hr | 70.00      |
|            | JHS | Review objections made in Defendant's interrogatories and request for production with GED and directed changes and additions to the objections.                                                                                                                                                                       | 0.40<br>400.00/hr | 160.00     |
| 10/1/2021  | GED | Interview client for responses to interrogatories                                                                                                                                                                                                                                                                     | 0.50<br>175.00/hr | 87.50      |

Antonio Ramos                                                                                        Page      6

|          |     |                                                                                                                                                                                                                                                                                                    | Hrs/Rate        | Amount    |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 10/6/2021 | GED | Finalized answers to interrogatories for Mr. Ramos for his review and notarization.                                                                                                                                                                                                                 | 0.50 175.00/hr  | 87.50     |
| 10/11/2021 | JHS | Edit Antonio Ramos' answers to interrogatories                                                                                                                                                                                                                                                      | 0.60 400.00/hr  | 240.00    |
|          | GED | Draft final answers to Defendant's interrogatories for Mr. Ramos for his review and signature after JHS suggested edits.                                                                                                                                                                            | 0.20 175.00/hr  | 35.00     |
|          | GED | Draft and sent Mr. Ramos email attaching answers to interrogatories for his review and requesting update to document production to Defendant.                                                                                                                                                        | 0.10 175.00/hr  | 17.50     |
|          | JHS | Email to Antonio Ramos about his hesitancy to turn over certain records in light of believing they are private, have to step in and explain what happens to privacy in a lawsuit, and how his records could really help us if they reflect what they are supposed to, and if not he should tell me so I can deal with any potential situations. Explain the concept of discovery, why they are asking for what he has a problem with, and what will happen if he does not produce. | 0.40 400.00/hr  | 160.00    |
| 10/12/2021 | JHS | Answer Email from Antonio Ramos responding to my email, and tell him I will object to some things, and fight over it, but other things can only help us, and we need him to produce those things. Answer his questions on what a few of the requests mean, and explain that while I can object, the court can over rule me and make me pay costs. | 0.50 400.00/hr  | 200.00    |
|          | JHS | Answer call from Antino Ramos,, work out what he can get me and what he cannot, talk to him about production of more material,. Inform him of what is going on in case, which necessitates their inquiries. Learn more about the job.                                                                | 0.30 400.00/hr  | 120.00    |
|          | JHS | Meet with Josh Bloom and update him on status of discovery and talk strategy.                                                                                                                                                                                                                       | 0.50 400.00/hr  | NO CHARGE |
|          | JMB | Meeting with JHS to discuss discovery responses and case strategy.                                                                                                                                                                                                                                  | 0.30 350.00/hr  | 105.00    |
| 10/14/2021 | GED | Draft email and Responded to client regarding clarification of instructions to verify interrogatories.                                                                                                                                                                                              | 0.10 175.00/hr  | 17.50     |
| 10/16/2021 | JHS | Start to draft RFP, RFA and Rogs, together so that they match and support each other                                                                                                                                                                                                                | 1.70 400.00/hr  | 680.00    |
| 10/18/2021 | GED | Telephone conference with client Antonio Ramos following up on document request from Defendant and status of interrogatories. Received some documents and verification form.                                                                                                                          | 0.20 175.00/hr  | 35.00     |
|          | GED | Received and reviewed bank statements in response to Defendant's request for production.                                                                                                                                                                                                            | 0.10 175.00/hr  | 17.50     |

Antonio Ramos                                                                                     Page     7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/18/2021 | GED | Meet with Josh about the status of discovery on the Plaintiff. | 0.30<br>175.00/hr | NO CHARGE |
| 10/20/2021 | GED | Organized client documents produced in response to Defendant's request for production in preparation for organization and responses. | 0.60<br>175.00/hr | 105.00 |
| | GED | Analyzed discovery status for all clients in this case with JHS to determine strategy for the coming deadlines. | 0.30<br>175.00/hr | 52.50 |
| | JHS | Analyzed discovery status for all clients in this case with GED to determine strategy for the coming deadlines. | 0.30<br>400.00/hr | NO CHARGE |
| 10/21/2021 | GED | Reviewed bank statements of Antonio Ramos to ensure consistency with Answers to Interrogatories. | 0.60<br>175.00/hr | 105.00 |
| | GED | Telephone conference with Antonio Ramos regarding the review of bank statements in response to Defendant's Request to Produce. | 0.20<br>175.00/hr | 35.00 |
| 10/22/2021 | GED | Finalized Plaintiff's answers to Defendant's Interrogatories ready to be served and for JHS review. | 0.60<br>175.00/hr | 105.00 |
| | JHS | Reviewed final draft of Plaintiff's answers to Defendant's Interrogatories. | 0.50<br>400.00/hr | 200.00 |
| 10/25/2021 | GED | Draft email to Mr. Ramos requesting more bank statements. | 0.10<br>175.00/hr | 17.50 |
| 10/28/2021 | GED | Organized entire bank statements pursuant to the work schedule provided by client from October 2019-October 2020 redacting portions made while off duty. | 2.50<br>175.00/hr | 437.50 |
| 11/1/2021 | JHS | Conference with George over outgoing discovery | 0.50<br>400.00/hr | 200.00 |
| | GED | Meeting with Mr. Sheskin regarding discovery to be sent out to Defendant. Analyzed inquiries for request for production, request for admissions, and interrogatories to be propounded. | 0.50<br>175.00/hr | NO CHARGE |
| 11/3/2021 | JHS | Edit the objections that George put to the RFP we are putting together for Ramos. Check with George on some specific issues to see if we could avoid objections based on having the information, or there being none, while I edited I called him repeat idly. | 1.10<br>400.00/hr | 440.00 |
| | JHS | Go line by line through antonio ramos' bank statements to make sure we are not turning over anything i have not seen. | 4.30<br>400.00/hr | 1,720.00 |
| | GED | Telephone conference with Mr. Ramos regarding days off from being on-call. | 0.20<br>175.00/hr | 35.00 |
| 11/4/2021 | GED | Revised Mr. Ramos' responses to defendant's request to produce to add additional responses and to amend certain objections. | 0.60<br>175.00/hr | 105.00 |

Antonio Ramos

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2021 | GED | Completed request for production packet to defendant with bates stamps and organized according to responses for client Ramos. | 1.70<br>175.00/hr | 297.50 |
| 11/8/2021 | GED | Finalized responses to request for production to ensure proper formatting and grammar ready for filing. | 0.80<br>175.00/hr | 140.00 |
| 11/16/2021 | GED | Draft completion of request for production to Defendant without instructions, formatting, or revisions. | 1.00<br>175.00/hr | 175.00 |
| | GED | Draft completion of request for admissions to Defendant without instructions, formatting, or revisions. | 0.80<br>175.00/hr | 140.00 |
| | GED | Draft completion of interrogatories to Defendant without instructions, formatting, or revisions. | 0.80<br>175.00/hr | 140.00 |
| | JHS | Add to the Interrogatories, requests for production and request for admissions simultaneously with George to determine if the three together miss any key information, end up adding to all three because they were missing some information we need. Add several requests to each set, even though only three to the interrogatories there were only six, while there are about 70 requests for production. | 0.80<br>400.00/hr | 320.00 |
| 11/17/2021 | JMB | Receive and review conferral email from opposing counsel. | 0.10<br>350.00/hr | 35.00 |
| | JHS | Receive and review conferral email from opposing counsel. | 0.10<br>400.00/hr | 40.00 |
| | GED | Receive and review conferral email from opposing counsel. | 0.10<br>175.00/hr | 17.50 |
| 11/18/2021 | JHS | Discuss answer to the conferral on discovery with George. Overall they have a weak discovery conferral, in that they do not have much cause for what they were asking for. | 0.30<br>400.00/hr | 120.00 |
| | GED | Draft email to client regarding call records in response to Defendant's discovery conferral letter. | 0.10<br>175.00/hr | 17.50 |
| | JMB | Discuss response to conferral email to our discovery responses with JHS. | 0.20<br>350.00/hr | 70.00 |
| | JMB | Review and revise outbound discovery requests (RFA, RFP, and Interrogatories). | 1.20<br>350.00/hr | 420.00 |
| | GED | Discuss answer to the conferral on discovery with JHS. Overall they have a weak discovery conferral, in that they do not have much cause for what they were asking for. | 0.30<br>175.00/hr | 52.50 |
| | JHS | Discuss response to conferral email to our discovery responses with JMB. | 0.20<br>400.00/hr | 80.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/24/2021 | JMB | Analyze Defendants' Motion to Compel. | 0.40 350.00/hr | 140.00 |
| | JHS | Review Defendants' Motion to Compel. | 0.40 400.00/hr | 160.00 |
| 11/26/2021 | JHS | Send email with update on where we are, and what I need to know to confer better with Opposing Counsel, now that I have an idea of what they are pushing, as their motion was far narrower than their conferral, which I answered twice. Need answers from clients to know if they even have the disputed items/docs or can get ahold of them. | 0.40 400.00/hr | 160.00 |
| 11/29/2021 | JHS | Meeting with George About Discovery Conferral, Motion and Order, plan strategy to move ahead | 0.50 400.00/hr | 200.00 |
| | JHS | Call Antonio Ramos to Get him to answer follow up email on what we need to produce some things that were conferred | 1.20 400.00/hr | 480.00 |
| | JHS | Draft first part of response to motion to compel | 1.20 400.00/hr | NO CHARGE |
| | GED | Begin case analysis regarding response to Defendant's Motion to Compel Discovery to apply into the response to motion. Found relevant case law and analyzed each case. | 1.60 175.00/hr | 280.00 |
| | GED | Reviewed Defendant's Motion to Compel Better Answers and Exhibits. | 0.50 175.00/hr | 87.50 |
| | GED | Meeting with Mr. Sheskin following up conferral with opposing counsel. | 0.50 175.00/hr | NO CHARGE |
| | JHS | Meeting with another colleague to discuss how we might compromise on discovery and what we will not produce. Colleague is Brian Engle. Brought to him because he is best compromiser in firm. | 0.20 400.00/hr | 80.00 |
| 11/30/2021 | JHS | Meeting with JMB, my co-counsel, about the discovery situation, he was out sick yesterday. First thing discussed was input from other colleagues who were here yesterday and bothered to opine. Talk about strategy moving forward, as far as what we will give up, then talk about strategy for motion in response, with maximum effectiveness because we will focus on how impractical the Defendant's request is. | 0.40 400.00/hr | 160.00 |
| | GED | Draft case analysis memorandum to use for Plaintiff's Response to Defendant's Motion to Compel Discovery. | 0.80 175.00/hr | 140.00 |
| | JHS | Draft second part of response to motion to compel | 2.60 400.00/hr | 1,040.00 |

Antonio Ramos

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2021 | JHS | Mostly rewrite the answer to the motion to compel discovery. It was good, but it needs to fit better onto five pages, and make its points in a different order, with solid structure. Then put it together again to get it to flow. Send to George for editing | 2.50 400.00/hr | 1,000.00 |
| | GED | Meeting with Mr. Sheskin regarding strategy and arguments, as well as review, of Defendant's motion to compel, the court's order, and the upcoming conferral meeting. | 0.70 175.00/hr | NO CHARGE |
| | JHS | Meeting with GED regarding strategy and arguments, as well as review, of Defendant's motion to compel, the court's order, and the upcoming conferral meeting. | 0.70 400.00/hr | 280.00 |
| 12/2/2021 | GED | Revised memorandum of law to response to Defendant's motion to compel with directed revisions. | 0.70 175.00/hr | 122.50 |
| 12/3/2021 | JMB | Review and revise our response to Plaintiff's motion to compel. | 0.60 350.00/hr | 210.00 |
| 12/7/2021 | GED | Draft completion of notice of appearance. | 0.20 175.00/hr | 35.00 |
| 12/8/2021 | JHS | Meet with JMB about correspondence with opposing counsel regarding meet and confer timing for the discovery dispute. | 0.10 400.00/hr | 40.00 |
| | JMB | Meet with JHS about correspondence with opposing counsel regarding meet and confer timing for the discovery dispute. | 0.10 350.00/hr | 35.00 |
| 12/9/2021 | GED | Prepared outline of case summaries for motion to compel hearing. | 0.50 175.00/hr | 87.50 |
| | GED | Prepared outline of arguments for motion to compel hearing. | 0.30 175.00/hr | 52.50 |
| | JMB | Analyze joint response to discovery dispute. | 0.30 350.00/hr | 105.00 |
| | JMB | Preparation for discovery hearing with JHS. | 0.60 350.00/hr | 210.00 |
| | GED | Meeting in preparation for tomorrow's motion to compel discovery hearing with Mr. Sheskin. Discussed case law, strategy, issues, and facts of the case. | 0.50 175.00/hr | NO CHARGE |
| | JHS | Preparation for hearing tomororw | 4.20 400.00/hr | 1,680.00 |
| | JHS | Meeting in preparation for tomorrow's motion to compel discovery hearing with GED. Discussed case law, strategy, issues, and facts of the case. | 0.50 400.00/hr | 200.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2021 | JHS | Preparation for discovery hearing with JMB. | 0.60<br>400.00/hr | NO CHARGE |
| 12/10/2021 | JHS | In Court for Discovery Dispute. | 0.30<br>400.00/hr | 120.00 |
| 12/13/2021 | JMB | Analyze client correspondence and attached documents. | 0.40<br>350.00/hr | 140.00 |
| 12/14/2021 | JMB | Meeting with JHS to discuss call with opposing counsel. | 0.20<br>350.00/hr | 70.00 |
| | JMB | Meeting with JHS to discuss case strategy. | 0.60<br>350.00/hr | 210.00 |
| | JHS | Meeting with JMB to discuss case strategy. | 0.60<br>400.00/hr | 240.00 |
| | JHS | Meeting with JMB to discuss call with opposing counsel. | 0.20<br>400.00/hr | 80.00 |
| 12/15/2021 | JMB | Attention to correspondence with outside counsel regarding new claim for retaliation. | 0.20<br>350.00/hr | 70.00 |
| | JHS | Attention to correspondence with outside counsel regarding new claim for retaliation. | 0.20<br>400.00/hr | 80.00 |
| | JMB | Meeting with JHS to discuss retaliation claim, our evidence of same, rule 34 inspection, and strategy for pleading. | 0.60<br>350.00/hr | NO CHARGE |
| | JHS | Meeting with JMB to discuss retaliation claim, our evidence of same, rule 34 inspection, and strategy for pleading. | 0.60<br>400.00/hr | 240.00 |
| 12/17/2021 | JMB | Prepare draft correspondence to Mr. Cascino regarding our position on amending the complaint and addressing the issues he identified in his conferral correspondence. | 1.10<br>350.00/hr | 385.00 |
| | JHS | Reviewed and analyzed first draft of second set of request for production to Defendant from GED. | 0.40<br>400.00/hr | 160.00 |
| | JHS | Reviewed and analyzed first draft of second set of request for admissions to Defendant from GED. | 0.30<br>400.00/hr | 120.00 |
| | GED | Draft first draft of second set of request for admissions to Defendant for Mr. Sheskin's review. | 0.80<br>175.00/hr | 140.00 |
| | GED | Draft first draft of second set of request for production to Defendant for Mr. Sheskin's review. | 1.60<br>175.00/hr | 280.00 |
| 12/20/2021 | GED | Revised outgoing email to opposing counsel regarding amended complaint. | 0.30<br>175.00/hr | 52.50 |

Antonio Ramos                                                                                    Page    12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/20/2021 | JHS | Draft correspondence to opposing counsel regarding retaliation claim, evidence of same, and deposition scheduling. | 0.60 400.00/hr | 240.00 |
| | JMB | Analyze draft discovery to defendants. | 0.70 350.00/hr | 245.00 |
| | GED | Revised completion of second set of request for production ready for filing from JHS revisions and suggestions. | 0.30 175.00/hr | 52.50 |
| | GED | Revised completion of second set of request for admissions ready for filing from JHS revisions and suggestions. | 0.40 175.00/hr | 70.00 |
| | JHS | Receive and review final version of second set of request for production to defendants by George make edits and finalized. | 0.70 400.00/hr | 280.00 |
| | JHS | Receive and review final version of second set of request for admissions to defendants by George make edits and finalized. | 0.50 400.00/hr | 200.00 |
| 12/21/2021 | GED | Reviewed contract provided by opposing counsel between FDI and FDOT. | 1.40 175.00/hr | NO CHARGE |
| | JHS | In depth review of contract provided by opposing counsel between FDI and FDOT, take notes, color code, highlight, note questions I have to see if same questions everyone else has, and note the penalties for late arrivals at call outs. Also note the necessity of round the clock service, necessitating on call time, in contract. | 1.60 400.00/hr | 640.00 |
| 12/22/2021 | JHS | Correspondence with client regarding retaliation and write ups. | 0.30 400.00/hr | 120.00 |
| 12/23/2021 | JHS | Correspondence with opposing counsel regarding spoliation, inspection, depositions, etc. | 0.40 400.00/hr | 160.00 |
| 12/27/2021 | GED | Review of case file with Mr. Sheskin regarding amended complaint and trial strategy in light of new correspondence with clients. | 0.40 175.00/hr | 70.00 |
| | JHS | Review of case file with Mr. Dahdal regarding amended complaint and trial strategy in light of new correspondence with clients. | 0.40 400.00/hr | 160.00 |
| 12/28/2021 | JMB | Attention to correspondence with opposing counsel regarding his request for extension of time. | 0.10 350.00/hr | 35.00 |
| | JHS | Correspondence with opposing counsel regarding his request for extension of time. | 0.10 400.00/hr | 40.00 |
| | GED | Receive and review emails with opposing counsel regarding his request for extension of time. | 0.10 175.00/hr | 17.50 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2022 | JHS | First read through of produced materials 700 plus pages, just a read through, and taking of notes as to what we have, and what we do not have, not yet critically analyzing and color coding, and taking notes on substance. This is to check what we need to compel. | 2.90 400.00/hr | 1,160.00 |
| | GED | Reviewed production documents of over 700 pages from Defendant's responses to Request for Production. | 1.50 175.00/hr | NO CHARGE |
| | JMB | Analyze Defendants' responses to our discovery requests, including 700 pages of production | 2.60 350.00/hr | NO CHARGE |
| 1/10/2022 | GED | Case analysis on objections and issues presented from responses to Request for Admissions for conferral letter. | 1.50 175.00/hr | NO CHARGE |
| | GED | Review the answers to our request for admissions, color code, highlight, strategies with JHS. | 1.20 175.00/hr | NO CHARGE |
| | JHS | Review the answers to our request for admissions, color code, highlight, strategies with GED. | 1.20 400.00/hr | 480.00 |
| 1/11/2022 | GED | Case analysis on objections and issues presented from responses to Request for Admissions for conferral letter. | 2.00 175.00/hr | 350.00 |
| | GED | Revised Rule 26 disclosure to ensure accurate information and proper formatting ready for service. | 0.30 175.00/hr | 52.50 |
| | JHS | Draft amended rule 26 disclosures. | 0.40 400.00/hr | 160.00 |
| | GED | Analyzed responses to request for production with Mr. Sheskin to discuss strategy and responses to Defendant's objections. | 0.60 175.00/hr | NO CHARGE |
| | JHS | Review, take notes, look up cases for future review, for the defendants answers to RFP with GED. | 0.60 400.00/hr | 240.00 |
| 1/12/2022 | JHS | Review and Analyze, Antonio Ramos' time records and application materials turned over in discovery, color coat, add notes, add bookmarks in file, organize for subsequent use, within the pdf, by separating out what I need most. | 2.30 400.00/hr | 920.00 |
| | GED | Case analysis regarding publicly accessible information and whether such information is discoverable. | 0.80 175.00/hr | 140.00 |
| | GED | Meeting and Analysis of Defendant's responses to interrogatories with Mr. Sheskin to determine objections to overrule and strategy for compelling discovery. | 0.60 175.00/hr | 105.00 |
| | JHS | Review with GED the interrogatory answers and color code take, notes, and decide what is needing to be compelled, next step is to narrow all responses that need to be compelled into groups, to more easily address. | 0.60 400.00/hr | 240.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2022 | JHS | Review and Analyze, discovery groups formed by George off of our color coded and fully notated versions we formed of the discovery, realize he has grouped them by opponent activity as far as being evasive, violating rules, and feigning ignorance. Come up with own list of what we really need responses to, and how they fit in groups. | 1.20 400.00/hr | 480.00 |
| 1/13/2022 | JHS | Review discovery groups we made to determine what order to address things in, what to let slide, and what to allow to continue with GED, who had really good input on what the defendant is hiding, and grouping the conferral by their behavior, compared to the motion where we proceed against topics. I reviewed the discovery to amend GED's topic list from yesterday, so we extensively discussed the as mended list, and put things on and took things off. | 0.50 400.00/hr | 200.00 |
| | JMB | Receive and review Defendant's amended Rule 26 disclosures. | 0.10 350.00/hr | 35.00 |
| | JHS | Shepardize defendant's cases, read them, take notes, and take notes on shepardization results. | 2.20 400.00/hr | 880.00 |
| | GED | Narrow objections to Defendant's responses to Plaintiff's discovery for conferral letter with JHS. | 0.50 175.00/hr | NO CHARGE |
| 1/14/2022 | JHS | Draft  of conferral letter for Chris and Peter on Discovery Issues. Continue to use the chart that George and I made grouping together areas of discovery, and write a very through and very complete conferral letter that is way too long and needs editing and focus, because it is all stuff that they did not do, or objected to, or did not produce, or played games with, but the Court will only have patience for so much, and their discovery is a series of non-answers. | 2.10 400.00/hr | 840.00 |
| 1/17/2022 | GED | Edit conferral letter to opposing counsel for JHS and JMB final review re Defendant's responses to Plaintiff's Discovery. | 0.20 175.00/hr | 35.00 |
| | JHS | Review production material and take notes, color code and record questions to ask about, and what to ask for more in production. | 2.20 400.00/hr | 880.00 |
| | JHS | Edit/Revise conferral letter for Chris and Peter on Discovery Issues. Cut down from nearly thirty pages, select areas for deleting where we could use the discovery, but there are bigger fish to fry. Compare the letter to the highlighted topic area grouped list we have to determine if all highly relevant and necessary areas are covered. | 1.30 400.00/hr | 520.00 |
| 1/18/2022 | JMB | Review and revise conferral memo prepared by JHS. | 0.40 350.00/hr | 140.00 |
| | JMB | Talk to JHS and GED about the production so far and get their impressions of issues like how we approach the fact that the job description produced says must reply in a half hour, and the Defendant denies same in answers to RFA | 0.40 350.00/hr | 140.00 |

Antonio Ramos                                                                                                     Page     15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2022 | GED | Talk to JHS and JMB about the production so far and get their impressions of issues like how we approach the fact that the job description produced says must reply in a half hour, and the Defendant denies same in answers to RFA | 0.40 175.00/hr | NO CHARGE |
| | JHS | Talk to Josh B. and GED about the production so far and get their impressions of issues like how we approach the fact that the job description produced says must reply in a half hour, and the Defendant denies same in answers to RFA | 0.40 400.00/hr | 160.00 |
| 1/19/2022 | JHS | Meet with GED to discuss parts of the production and give him a few assignments on same. | 0.70 400.00/hr | 280.00 |
| | GED | Meet with JMB to discuss parts of the production and obtained several assignments on same. | 0.70 175.00/hr | 122.50 |
| 1/24/2022 | JMB | Analyze Defendants' responses to Ramos's discovery requests. | 1.20 350.00/hr | 420.00 |
| 1/28/2022 | JHS | Receive and review Defendants' response to our meet and confer letter | 0.10 400.00/hr | 40.00 |
| | JHS | Meeting with JMB on Defendants' response to our meet and confer letter. | 0.30 400.00/hr | 120.00 |
| | JMB | Meeting with JHS on Defendants' response to our meet and confer letter. | 0.30 350.00/hr | 105.00 |
| 1/31/2022 | GED | Strategy regarding conferral conference with opposing counsel on Defendant's responses to Plaintiff's first set of discovery. Outlined main points and concessions, as well as other issues to be resolved between the parties. | 0.80 175.00/hr | 140.00 |
| | JHS | Meeting With GED on the Discovery Conferral that Opposing Counsel Sent Friday. Get topics ready for meeting with JMB who will also have stuff to include. We are formulating broad topic areas to confer on. Then we will fill in details with JMB. | 0.80 400.00/hr | 320.00 |
| | JMB | Meeting with JHS and GD to review Defendants' conferral letter and prepare for meet and confer conference call with Defense counsel. | 0.60 350.00/hr | 210.00 |
| | JHS | Meeting with JMB and GED to review Defendants' conferral letter and prepare for meet and confer conference call with Defense counsel. | 0.60 400.00/hr | 240.00 |
| | GED | Meeting with JMB and GED to review Defendants' conferral letter and prepare for meet and confer conference call with Defense counsel. | 0.60 175.00/hr | NO CHARGE |
| 2/2/2022 | JHS | Meeting in advance of calling to confer | 0.20 400.00/hr | 80.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2022 | JMB | Prepare for meeting RE discovery responses with Defense counsel. | 0.20<br>350.00/hr | 70.00 |
| | JMB | Review and revise draft correspondence to defense counsel summarizing our discovery meet and confer. | 0.10<br>350.00/hr | 35.00 |
| | GED | Prepare and analyze for Meet and Confer with opposing counsel regarding defendant's responses to plaintiff's first discovery. | 0.20<br>175.00/hr | 35.00 |
| | GED | Analyzed any outstanding remaining issues for motion to compel better responses to Plaintiff's discovery in preparation for conferral email.. | 0.60<br>175.00/hr | 105.00 |
| | GED | Draft lengthy email to opposing counsel outlining all points from meet and confer of Defendant's responses to Plaintiff's discovery. | 0.50<br>175.00/hr | 87.50 |
| | JMB | Conferral meeting RE discovery responses with Defense counsel. | 0.20<br>350.00/hr | 70.00 |
| | JHS | Discovery conferral with OC call | 0.20<br>400.00/hr | 80.00 |
| | GED | Meet and Confer with opposing counsel regarding defendant's responses to plaintiff's first discovery. | 0.20<br>175.00/hr | 35.00 |
| 2/3/2022 | JHS | Meeting with GED about what is left to compel and how to compel it after the concessions that the other side made when conferring. To the Defendants' credit they were very accommodating on conferral. | 0.30<br>400.00/hr | 120.00 |
| | GED | Meeting with JHS about what is left to compel and how to compel it after the concessions that the other side made when conferring. | 0.30<br>175.00/hr | 52.50 |
| 2/7/2022 | GED | Draft follow up email to opposing counsel outlining all points from meet and confer of Defendant's responses to Plaintiff's discovery and deadline to provide amended responses. | 0.10<br>175.00/hr | 17.50 |
| 2/8/2022 | JMB | Attention to correspondence with Mr. Cascino regarding outstanding documents. | 0.10<br>350.00/hr | 35.00 |
| 2/15/2022 | GED | Reviewed and analyzed amended responses to Plaintiff's discovery. Found multiple issues to discuss with Mr. Sheskin. | 0.40<br>175.00/hr | 70.00 |
| | JHS | Analyze amended discovery responses, and mark up and compare to original email and agreement on what would be produced, to decide what to compel, further, obviously what stands out is that they did not produce the website materials they promised. When compared to list, of compromise, they did not do everything necessary, and just put new objections in some places, but they did comply significantly enough that I wont move to compel, if I get the web site quickly | 0.50<br>400.00/hr | 200.00 |
| 2/17/2022 | GED | Meeting with JHS on issues found in Defendant's amended discovery responses. | 0.30<br>175.00/hr | 52.50 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/17/2022 | JHS | Meeting with GED on issues found in Defendant's amended discovery responses. | 0.30 400.00/hr | 120.00 |
| 2/18/2022 | JHS | Analyze the website print-out from 2020. Find the same entry as George as far as 30 min. response time. | 0.70 400.00/hr | 280.00 |
| | GED | Reviewed and analyzed amended responses to Plaintiff's discovery in meeting with Mr. Sheskin. | 0.20 175.00/hr | 35.00 |
| | JHS | Reviewed and analyzed amended responses to Plaintiff's discovery in meeting with Mr. Dahdal | 0.20 400.00/hr | 80.00 |
| | GED | Reviewed and analyzed amended discovery production with Defendant's websites. Found relevant information, highlighted, and informed Mr. Sheskin of the findings. | 0.50 175.00/hr | 87.50 |
| 2/21/2022 | JMB | Analyze new discovery production from defendants. | 0.40 350.00/hr | 140.00 |
| 3/1/2022 | JHS | Meeting with Mr. Dahdal to discuss plan of action for depositions, order of depositions, and steps needed to prepare for depositions. | 0.30 400.00/hr | 120.00 |
| | GED | Draft follow up email to opposing counsel to schedule deposition dates and communicate order of depositions. | 0.10 175.00/hr | 17.50 |
| | GED | Meeting with Mr. Sheskin to discuss plan of action for depositions, order of depositions, and steps needed to prepare for depositions. | 0.30 175.00/hr | 52.50 |
| 3/4/2022 | JHS | Draft 30(b)(6) initial list of the topics. | 1.70 400.00/hr | 680.00 |
| 3/10/2022 | GED | Draft notice of taking deposition of FDI's corporate representative with revised areas of inquiry for JHS review to provide to opposing counsel according to his request. | 0.60 175.00/hr | 105.00 |
| | JMB | Review final notice of taking corporate rep depo to provide to opposing counsel. | 0.20 350.00/hr | 70.00 |
| 3/13/2022 | JHS | Review and analyze discovery production first 350 pages for depos, take notes, make flags, and bookmarks, start writing questions. | 3.10 400.00/hr | 1,240.00 |
| 3/22/2022 | JHS | Meeting with George Dahdal to split up tasks for the purpose of being prepared for depositions. Assigned first tasks, will be other tasks and meetings. | 0.30 400.00/hr | 120.00 |
| | GED | Meeting with JHS to split up tasks for the purpose of being prepared for depositions. Discussed first tasks, will be other tasks and meetings. | 0.30 175.00/hr | 52.50 |
| 3/23/2022 | GED | Researched deposition list and outside sources for possible terminated deponent from FDI to subpoena. | 0.50 175.00/hr | 87.50 |

Antonio Ramos                                                                                          Page    18

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Hrs/Rate          | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 3/24/2022  | GED | Reviewed lengthy correspondence with clients concerning depo prep in preparation for depositions.                                                                                                                                                                                                                                                                                                                                                                                                             | 0.30 175.00/hr    | 52.50      |
| 3/28/2022  | GED | Draft and sent email to clients to confirm deposition training date and time.                                                                                                                                                                                                                                                                                                                                                                                                                                 | 0.10 175.00/hr    | 17.50      |
|            | JHS | Start to Review and analyze SOC and Discovery to come to a number for a demand, which the other side has requested.                                                                                                                                                                                                                                                                                                                                                                                           | 1.30 400.00/hr    | 520.00     |
| 3/29/2022  | GED | Reviewed and analyzed settlement amount calculation to determine highest and lowest amount for settlement, fees, costs, and settlement authority with JHS.                                                                                                                                                                                                                                                                                                                                                     | 0.60 175.00/hr    | NO CHARGE  |
|            | JMB | Revisions to draft demand letter.                                                                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.40 350.00/hr    | 140.00     |
|            | GED | Revised demand letter for settlement to opposing counsel to ensure proper formatting and grammar for finalization to opposing counsel.                                                                                                                                                                                                                                                                                                                                                                        | 0.30 175.00/hr    | 52.50      |
|            | JHS | Finish Review and analyze SOC and Discovery to come to a number for a demand, which the other side has requested. Now we need to break it down for each client, fairly, which I believe I have figured out how to do, but will have George and I do it together to check the veracity of my computations, and to add anything he thinks, we need to add, to the equation. Long review of possibilities of win and loss, as basis for this, and accounting discounts in for the fact that I am not sure we will prevail on the retaliation claim. Plus had to reference our billing records to decide what to ask for. | 1.60 400.00/hr    | 640.00     |
|            | JHS | Field call from Antonio Ramos about settlement, and whether we are still preparing for the depositions, on thursday. .                                                                                                                                                                                                                                                                                                                                                                                        | 0.30 400.00/hr    | 120.00     |
|            | JHS | Reviewed and analyzed settlement amount calculation to determine highest and lowest amount for settlement, fees, costs, and settlement authority. Divided by client, do calculations                                                                                                                                                                                                                                                                                                                           | 0.60 400.00/hr    | 240.00     |
|            | JHS | Draft letter to Plaintiffs telling them of the Demand I am sending,, why they should settle if that demand is met,, and what amount they would get, to get approval for clients for authority for minimum, ask them all to respond in writing.                                                                                                                                                                                                                                                                  | 0.80 400.00/hr    | 320.00     |
|            | JHS | Field e-mail following call, from Antonio Ramos about settlement, and whether we are still preparing for the depositions, on thursday. .                                                                                                                                                                                                                                                                                                                                                                       | 0.30 400.00/hr    | 120.00     |
| 4/4/2022   | JHS | Preparation meeting with GED for the clients coming in to be coached. Will meet again tomorrow to present what we have done to each other.                                                                                                                                                                                                                                                                                                                                                                     | 0.20 400.00/hr    | 80.00      |
|            | GED | Meeting with JHS for the clients coming in to be coached. Will meet again tomorrow showing what we have done for prepping the clients.                                                                                                                                                                                                                                                                                                                                                                         | 0.20 175.00/hr    | 35.00      |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2022 | JHS | Draft practice questions for thursday's deposition prep. | 1.50 400.00/hr | 600.00 |
| 4/5/2022 | GED | Reviewed and analyzed entire bank records, discovery responses, Defendant's discovery, and documents, to create practice questions and find weaknesses in the case for deposition preparation. Made notes and comments to provide to JHS. | 1.70 175.00/hr | NO CHARGE |
| 4/6/2022 | JHS | Send letter to everyone reminding them of the thursday prep session | 0.20 400.00/hr | 80.00 |
| | JHS | Draft Deposition preparation sheet, charging to this and other case, half and half. | 1.80 400.00/hr | 720.00 |
| | JHS | Revised George's Amended Statement of Claim | 0.30 400.00/hr | 120.00 |
| | GED | Draft amended statement of claim for client for approval and for filing. | 0.70 175.00/hr | 122.50 |
| | GED | Prepared all documents and exhibits to provide to clients and support documents for mock deposition. | 0.70 175.00/hr | 122.50 |
| 4/7/2022 | GED | Deposition preparation and training with mock deposition. | 1.30 175.00/hr | NO CHARGE |
| | GED | Finalize preparation binder for clients organizing all pleadings, discovery responses, and deposition information sheet. | 1.50 175.00/hr | NO CHARGE |
| | JMB | Attend first deposition prep session with all plaintiffs. | 1.30 350.00/hr | 455.00 |
| | JHS | Preparation for meeting with clients to prep them for depo with JMB and GED, however, interrupted by client coming early. | 1.20 400.00/hr | 480.00 |
| | JMB | Prepare for first deposition prep session with all plaintiffs. | 1.20 350.00/hr | 420.00 |
| | GED | Preparation for meeting with clients to prep them for depo with JMB and JHS, however, interrupted by client coming early. | 1.20 175.00/hr | NO CHARGE |
| 4/11/2022 | GED | Email chain with Mr. Ramos to schedule deposition training dates to work around his work schedule. | 0.10 175.00/hr | 17.50 |
| | JHS | Preparation for depositions by re-reading the discovery responses,and marking them up so I can ask whoever signs them the right questions, about what seems to be conflicting information between the production and the interrogatory responses, and outline depo questions on interrogatories while marking them up. | 1.40 400.00/hr | 560.00 |

Antonio Ramos

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/12/2022 | JMB | Internal meeting regarding deposition order and settlement. | 0.20<br>350.00/hr | 70.00 |
| | JHS | Preparation for depositions, Prepare preliminary Laura Porter topic list. | 1.20<br>400.00/hr | 480.00 |
| | GED | Internal meeting regarding deposition order and settlement. | 0.20<br>175.00/hr | 35.00 |
| | JHS | Internal meeting regarding deposition order and settlement. | 0.20<br>400.00/hr | 80.00 |
| | JHS | Preparation for depositions, Prepare preliminary Laura Porter topic list. | 0.70<br>400.00/hr | NO CHARGE |
| 4/13/2022 | GED | Draft first round of practice questions for deposition training of Antonio Ramos | 1.50<br>175.00/hr | NO CHARGE |
| | GED | Reviewed each bank transaction in detail, all discovery responses, and all responses from Defendant, including documents in preparation for deposition questions for deposition training. | 3.20<br>175.00/hr | NO CHARGE |
| 4/14/2022 | JHS | Preparation for depositions of our own client Mr. Ramos | 2.30<br>400.00/hr | 920.00 |
| 4/15/2022 | JMB | Review and revise draft Notices of Deposition for: 30(b)(6) rep; Daniel Porter; Laura Porter; and, John Matthews. | 0.30<br>350.00/hr | 105.00 |
| | GED | Sent email to client regarding updated deposition dates. | 0.10<br>175.00/hr | 17.50 |
| | JHS | Preparation for depositions prepare on weaknesses of all Plaintiffs, and outline them so that I can ask about them specifically. | 2.70<br>400.00/hr | 1,080.00 |
| | JHS | Review and revise first 30 deposition questions of Daniel Porter by GED. | 0.40<br>400.00/hr | 160.00 |
| | GED | Draft first 30 deposition questions of Daniel Porter for JHS review. | 1.20<br>175.00/hr | 210.00 |
| | GED | Analyzed Defendant's discovery in preparation for deposition questions of Daniel Porter. | 1.70<br>175.00/hr | 297.50 |
| 4/19/2022 | GED | Reviewed and analyzed Defendant's objections to corporate rep areas of inquiry. | 0.60<br>175.00/hr | 105.00 |
| | JHS | Preparation for deposition of Laura Porter, by tearing apart discovery, and looking for information that will lead to her being an employer, as that term is defined by the FLSA, and by looking for any way that would link her to the on-call system, while working preliminary outline of | 2.10<br>400.00/hr | 840.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | deposition of Laura Porter as corporate rep. So adding many questions on the company and general operating procedures. | | |
| 4/19/2022 | GED | Reviewed and analyzed Defendant's objections to corporate rep areas of inquiry. | 0.60 175.00/hr | 105.00 |
| | JHS | Reviewed and analyzed Defendant's objections to corporate rep areas of inquiry. | 0.80 400.00/hr | 320.00 |
| 4/20/2022 | GED | Draft broad areas of topics for depositions with JHS in preparation for final deposition question review before adding citations and exhibits. | 1.00 175.00/hr | 175.00 |
| | JHS | Preparation for depositions by refining, and completing, corp. rep. questions for Laura Porter | 3.70 400.00/hr | 1,480.00 |
| 4/21/2022 | GED | Respond to opposing counsel regarding objections to areas of inquiry and his response to our position to the objections. | 0.30 175.00/hr | 52.50 |
| 4/22/2022 | JHS | Preparation for depositions | 3.10 400.00/hr | NO CHARGE |
| 4/23/2022 | JHS | Preparation for depositions by completing corp. rep. questions for Laura Porter | 4.10 400.00/hr | 1,640.00 |
| 4/24/2022 | JHS | Preparation for deposition of John Matthews as he is the project manager, and there are a lot of specifics about the project we do not know, he is also the contact for FDOT. Want to depose FDOT so set up a ton of questions that hopefully he answers with, "I dont know, ask FDOT." Go through contract bid to understand his exact role, and the exact parameters of the project which he will know better than the corporate representative Laura Porter. | 3.90 400.00/hr | 1,560.00 |
| 4/25/2022 | GED | Responded to client Ramos' email asking for status of settlement and for depos. | 0.10 175.00/hr | 17.50 |
| | JHS | Preparation for depositions of Matthews and Porter, do color coated outlines of both, and spend all night working into the night with George on exhibit prep, and outline prep | 5.80 400.00/hr | NO CHARGE |
| | JHS | Preparation for deposition of John Matthews as OC at last minute changed the corporate rep to John Matthews, and now need to change outlines of Porter and Matthews, to reflect change, while editing them, color coding them, and adding to them, this last minute change has occasioned a lot of last minute work, | 4.20 400.00/hr | 1,680.00 |
| | GED | Preparation for depositions of Mathew and Porter working with JHS on exhibit prep and outline prep. | 5.80 175.00/hr | NO CHARGE |
| 4/26/2022 | JHS | Preparation for depositions John Matthews as OC at last minute changed the corporate rep to John Matthews, and now need to change outlines of Porter and Matthews, to reflect change, while | 4.90 400.00/hr | NO CHARGE |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | editing them, color coding them, and adding to them, they are not even complete, and we only have a few days until deposition. | | |
| 4/26/2022 | GED | Created deposition questions, edited JHS deposition questions, added all citations after review of all documents and discovery to the depo of Laura Porter. | 2.00 175.00/hr | NO CHARGE |
| | GED | Created deposition questions, edited JHS deposition questions, added all citations after review of all documents and discovery to the depo of John Matthews. | 2.30 175.00/hr | NO CHARGE |
| 4/27/2022 | JHS | Preparation for depositions of John Matthews to apply new defenses from Defendant without GED. | 1.80 400.00/hr | 720.00 |
| | GED | Preparation of the Deposition of Laura Porter, created summary judgment checklist, created outline for deposition and revised all questions for the deposition of Laura Porter with JHS in preparation for tomorrow's deposition.. | 2.50 175.00/hr | NO CHARGE |
| | JHS | Preparation of the Deposition of Laura Porter, created summary judgment checklist, created outline for deposition and revised all questions for the deposition of Laura Porter with GED in preparation for tomorrow's deposition. | 2.50 400.00/hr | 1,000.00 |
| 4/28/2022 | JHS | Preparation for deposition tomorrow, based on new defense we learned today, including almost all night cram session with GED | 2.50 400.00/hr | NO CHARGE |
| | JHS | Deposition of Laura Porter | 1.20 400.00/hr | 480.00 |
| | GED | Attended deposition of Laura Porter. | 1.20 175.00/hr | 210.00 |
| | JHS | Preparation for deposition tomorrow, based on new defense we learned today, including almost all night cram session with GED | 2.50 400.00/hr | 1,000.00 |
| | GED | Preparation for deposition tomorrow, based on new defense we learned today, including almost all night cram session with JHS. | 2.50 175.00/hr | NO CHARGE |
| 4/29/2022 | JHS | Deposition of John Matthews | 1.90 400.00/hr | 760.00 |
| | GED | Compiled all information and notes gathered from the deposition and reviewed outstanding issues for summary judgment. | 2.00 175.00/hr | NO CHARGE |
| | GED | Deposition of John Matthews | 1.90 175.00/hr | 332.50 |
| 5/2/2022 | JHS | Draft and file notice of mediator selection after conferring with OC on it being Marlene as the mediator. | 0.50 400.00/hr | 200.00 |

Antonio Ramos                                                                                                              Page   23

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2022 | GED | Reviewed court deadlines to determine mediation deadline. | 0.10 175.00/hr | 17.50 |
|  | JMB | Case strategy meeting with JHS (concerning last week's depositions). | 0.30 350.00/hr | 105.00 |
|  | JHS | Case strategy meeting with JMB (concerning last week's depositions). | 0.30 400.00/hr | 120.00 |
| 5/4/2022 | JP | Telephone conference with Mediator's office requesting available dates for mediation. Draft email to clients with proposed dates. Memo to J. Sheskin re same. | 0.30 125.00/hr | 37.50 |
|  | JMB | Attention to mediation scheduling. | 0.30 350.00/hr | 105.00 |
| 5/5/2022 | JP | Draft email to opposing counsel with proposed dates for mediation. | 0.10 125.00/hr | 12.50 |
| 5/7/2022 | JHS | Preparation for HR Deposition and duces tecum documents we are hoping they bring, since last time duces tecum documents were not produced. Twenty three areas of inquiry added to date, along with supporting questions. Continued from preparation from last month. | 2.10 400.00/hr | 840.00 |
| 5/9/2022 | JHS | Email Chris about deposition dates | 0.10 400.00/hr | 40.00 |
| 5/10/2022 | GED | Confirmed deposition dates with client via telephone and provided updates to the status of the case. | 0.30 175.00/hr | 52.50 |
| 5/11/2022 | GED | Responded to client's email confirming new dates of deposition availability after his concerns of a conflict. | 0.10 175.00/hr | 17.50 |
| 5/12/2022 | JHS | Meet with George Twice to Discuss Depositions and Strategy for Depositions and Deposition Preparation | 0.70 400.00/hr | 280.00 |
|  | JHS | Preparation for deposition of Sandra Barnes,. write questions based on the discipline and complaints, we knew took place, but we need her to testify too, like other people getting written up for various reasons related to not responding to a bridge. | 1.70 400.00/hr | 680.00 |
|  | GED | Meeting with JHS to Discuss Depositions and Strategy for Depositions and Deposition Preparation. | 0.70 175.00/hr | NO CHARGE |
| 5/13/2022 | GED | Analyzed deposition transcript of John Matthews. | 1.50 175.00/hr | NO CHARGE |
|  | GED | Communicate with opposing counsel via email chain to confirm dates for plaintiffs' deposition. | 0.10 175.00/hr | 17.50 |

Antonio Ramos                                                                                         Page     24

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2022 | GED | Draft notice of deposition of Sandra Barnes with requests duces tecum. | 0.50 175.00/hr | 87.50 |
| | GED | Draft notice of deposition of Eric Obel. | 0.30 175.00/hr | 52.50 |
| | GED | Draft notice of deposition of Daniel Porter. | 0.30 175.00/hr | 52.50 |
| | GED | Meeting with JHS re duces tecum requests for Sandra Barnes and any outstanding documents needed for the deposition, strategy, and modifying deposition notices. | 0.50 175.00/hr | NO CHARGE |
| | JHS | Talk to GED about how to modify the deposition notices, and what the strategy is for preparation of preparation sessions, for client depos. | 0.50 400.00/hr | 200.00 |
| | JHS | Analyzed deposition transcript of John Matthews, took notes, evaluated compared to our summary judgment check list, find section on asking us to ask FDOT, and highlight, along with several other key areas. Compare, while analyzing to original deposition outline to see what we missed, so we can hit it in future depositions, while highlighting that outline and excerpting it into separate document. This was all done simultaneously in the same sitting, and the same three breakthroughs of the deposition transcript | 2.20 400.00/hr | 880.00 |
| | JHS | Reciew notice of deposition of Sandra Barnes with requests duces tecum. | 0.20 400.00/hr | 80.00 |
| | JHS | Edit/Review notice of deposition of Eric Obel. | 0.10 400.00/hr | 40.00 |
| | JHS | Edit/Review notice of deposition of Daniel Porter. | 0.10 400.00/hr | 40.00 |
| 5/14/2022 | JHS | All day preparation for deposition of Eric Obel, continued from when he was supposed to be deposed weeks ago. Adjust to new defenses, and add tens of areas of inquiry, and questions specific to getting past Summary Judgment, and specific to discipline, and specific to the job requirements, and his management. | 3.90 400.00/hr | NO CHARGE |
| 5/15/2022 | JHS | Preparation to prepare our guys for deposition, they are given a lot of materials, from me, and from everyone, giving them work product documents which will help them in the deposition. This preparation produced one such document, which is three pages single spaced, and tells the clients how to handle the defenses. | 2.10 400.00/hr | 840.00 |
| 5/16/2022 | JHS | Meeting with GED about strategy of preparation for our guys depos, specifically the subject of the on call time being mandatory, and the thirty minute response time. | 0.40 400.00/hr | 160.00 |

Antonio Ramos

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2022 | JHS | Preparation off of George's practice questions for clients, edit them, and add to them, and get them ready to be asked in an order that will throw off clients | 2.80 400.00/hr | 1,120.00 |
| | GED | Meeting with JHS about strategy of preparation for client depositions, with the specific defenses the on call time being mandatory, and the thirty minute response time. | 0.30 175.00/hr | 52.50 |
| 5/17/2022 | JMB | Deposition prep with clients to prepare for next week's depositions and provided feedback after mock depositions. | 1.30 350.00/hr | 455.00 |
| | JHS | Continued Preparation for Daniel Porter's deposition next week. | 2.10 400.00/hr | 840.00 |
| | GED | Deposition training of Antonio Ramos to perform mock deposition. | 1.20 175.00/hr | 210.00 |
| | GED | Deposition training session: Reviewed Defendant's defenses, gave deposition tips, answered outstanding deposition issues from clients, and communicated other training deposition points to clients. | 0.80 175.00/hr | 140.00 |
| | GED | Draft updated mock deposition questions for client in relation to weaknesses of client's claim. | 1.00 175.00/hr | 175.00 |
| | GED | Draft email to clients reminding them of the deposition training times. | 0.10 175.00/hr | 17.50 |
| | GED | Compiled all exhibits to be used in the deposition of Sandra Barnes. | 1.00 175.00/hr | NO CHARGE |
| | GED | Compiled all exhibits to be used in the deposition of Eric Obel. | 0.50 175.00/hr | NO CHARGE |
| | GED | Compiled and reviewed all exhibits to be used in the deposition of Daniel Porter. | 0.30 175.00/hr | NO CHARGE |
| | JHS | Deposition training of Juan Guzman and Antonio Ramos | 1.20 400.00/hr | 480.00 |
| 5/18/2022 | JHS | Preparation continued for deposition of Eric Obel adding more sections of inquiry, and more questions, up to 30 handwritten pages in this prep to date, and ten on the computer. | 2.50 400.00/hr | 1,000.00 |
| | GED | Revised deposition questions of Antonio Ramos to make the questions more specific to the severance letter and other weaknesses to his case. | 1.00 175.00/hr | 175.00 |
| | GED | Second Deposition training session of the week. Mock deposition of Antonio Ramos and feedback on responses. | 3.50 175.00/hr | NO CHARGE |

Antonio Ramos                                                                                              Page    26

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/18/2022 | JHS | Preparation of Antonio Ramos Through Cross Examination for period of half the time that would be required of his deposition, in deposition prep with the clients, second of the week. | 3.50 400.00/hr | 1,400.00 |
| | JMB | Preparation of Antonio Ramos Through Cross Examination for period of half the time that would be required of his deposition, in deposition prep with the clients, second of the week. | 3.50 350.00/hr | 1,225.00 |
| 5/19/2022 | GED | Draft notice of taking non-party deposition. | 0.30 175.00/hr | 52.50 |
| | GED | Analyzed federal rules, case law, and secondary sources for procedure to depose non-parties in an FLSA case. | 0.60 175.00/hr | 105.00 |
| 5/20/2022 | GED | Meeting with client regarding settlement offer and his decision on the offer. | 1.20 175.00/hr | 210.00 |
| | JHS | Meeting with GED regarding Defendant's most updated settlement offer and how to relay to clients. | 0.80 400.00/hr | 320.00 |
| | GED | Meeting with JHS regarding Defendant's most updated settlement offer and how to relay to clients. | 0.80 175.00/hr | NO CHARGE |
| | JHS | Meeting with client regarding settlement offer and his decision on the offer. | 1.20 400.00/hr | 480.00 |
| | JMB | Meeting with client regarding settlement offer and his decision on the offer. | 1.20 350.00/hr | 420.00 |
| 6/23/2022 | GED | Reviewed and analyzed settlement agreement provided by OC with JHS and highlighted points of issue to put to OC's attention. | 0.50 175.00/hr | 87.50 |
| | JMB | Analyze draft settlement agreement from Defendants. | 0.30 350.00/hr | 105.00 |
| 6/27/2022 | GED | Reviewed and revised Defendant's second version of settlement agreement. | 0.30 175.00/hr | 52.50 |
| 6/28/2022 | GED | Telephone conference with client Ramos to review settlement agreement for execution. | 0.30 175.00/hr | 52.50 |
| 7/5/2022 | GED | Meeting with JHS regarding changes to Defendant's first draft of the motion to approve settlement to discuss additions and changes to the motion before approval. | 0.30 175.00/hr | 52.50 |
| | GED | Revised Defendant's first draft of the motion to approve settlement to ensure proper citations, formatting, grammar, and edited language from JHS for OC's approval. | 0.30 175.00/hr | 52.50 |
| | JMB | Review and revise Joint Motion for Approval of Settlement. | 0.20 350.00/hr | 70.00 |

Antonio Ramos                                                                                         Page     27

|                |     | | Hrs/Rate | Amount |
|----------------|-----|---|----------|--------|
| 7/6/2022 | GED | Reviewed Court's order approving settlement. | 0.10<br>175.00/hr | 17.50 |
| 7/7/2022 | JP | Receive and review Paperless Order re Fairness hearing and Settlement Agreement. Calendar due dates. | 0.10<br>125.00/hr | 12.50 |
| 7/11/2022 | GED | Prepared statement of claim and settlement amounts in a chart for the Motion to Approve Settlement hearing. | 0.20<br>175.00/hr | 35.00 |
| | GED | Attended hearing on Motion to Approve Settlement. | 0.10<br>175.00/hr | 17.50 |
| | JMB | Prepare for and attend Fairness Hearing. | 0.30<br>350.00/hr | 105.00 |
| | JMB | Attention to correspondence with clients concerning settlement and settlement documentation. | 0.20<br>350.00/hr | 70.00 |
| 7/18/2022 | JHS | Legal Research by reading Matthewman Opinions on Attorneys Fees and notating, and excerpting. | 0.70<br>400.00/hr | 280.00 |
| | JHS | Draft Beginning of the Motion for Fees | 1.30<br>400.00/hr | 520.00 |
| | GED | Sent all tax forms for all plaintiffs to opposing counsel for settlement funds. | 0.10<br>175.00/hr | 17.50 |
| 7/21/2022 | GED | Draft Bill of Costs with invoice exhibits. | 0.30<br>175.00/hr | 52.50 |
| | GED | Case analysis on approving costs for motion to approve costs. | 0.40<br>175.00/hr | 70.00 |
| 7/22/2022 | GED | Draft first draft of motion for costs. | 0.50<br>175.00/hr | 87.50 |
| 7/25/2022 | GED | Revise motion for costs after JHS review. | 0.10<br>175.00/hr | 17.50 |
| 8/4/2022 | GED | Revised second version of motion for fees for JHS review. | 0.30<br>175.00/hr | 52.50 |
| | GED | Revised motion for costs to indicate opposing counsel agreed with the costs sought. | 0.10<br>175.00/hr | 17.50 |
| 8/10/2022 | GED | Draft motion for fees for JHS review. | 0.60<br>175.00/hr | 105.00 |
| | | **For professional services rendered** | **338.30** | **$90,677.50** |

Antonio Ramos                                                                                    Page    28

Additional Charges :

|  |  |  | Amount |
|---|---|---|---|
| 5/10/2021 | AE | Florida Southern District Court Case initiation filing fee/ Tracking Id: AFLSDC-14675293 | 402.00 |
| 5/11/2021 | AE | On Time Legal Fee/  Summons Service FDI/ Invoice #ABV-2021001491 | 40.00 |
|  | AE | On Time Legal Fee/  Summons Service Porter/ Invoice #ABV-2021001490 | 40.00 |
| 5/13/2021 | AE | On Time Legal Fee/  Summons Service Obel/ Invoice #ABV-2021001489 | 40.00 |
| 5/18/2021 | AE | On Time Legal Fee/  Summons Service Laura Porter/ Invoice #ABV-2021001543 | 40.00 |
|  | AE | On Time Legal Fee/  Summons Service FDI ra Laura Porter/ Invoice #ABV-2021001542 | 40.00 |
| 5/19/2021 | AE | On Time Legal Fee/  Summons Service Obel/ Invoice #ABV-2021001541 | 40.00 |
| 5/3/2022 | GED | Deposition Invoice of Laura Porter. | 195.00 |
| 5/18/2022 | JP | Invoice #543410 from Universal Court Reporting for deposition transcript of John Mathews. | 824.55 |
| 5/23/2022 | JP | Invoice #543408 from Universal Court Reporting for deposition transcript of Laura Porter. | 472.80 |
| 6/7/2022 | JP | Invoice # 20448518 from Universal Court Reporting for the Deposition of Laura Porter on 4/28/22. | 195.00 |

|  |  |
|---|---|
| **Total additional charges** | **$2,329.35** |
| **Total amount of this bill** | **$93,006.85** |
| Balance due | $93,006.85 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Josh M. Bloom | 31.20 | 350.00 | $10,920.00 |
| Josh M. Bloom | 3.50 | 0.00 | $0.00 |
| George Dahdal | 57.40 | 175.00 | $10,045.00 |
| George Dahdal | 48.30 | 0.00 | $0.00 |
| Jenny Perez | 0.50 | 125.00 | $62.50 |
| Joshua H. Sheskin | 173.00 | 400.00 | $69,200.00 |
| Joshua H. Sheskin | 24.40 | 0.00 | $450.00 |